IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3050 |
| v. | ) ) | |
| RICHARD A. KUCERA, d/b/a KUCERA PAINTING, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

　　　　This matter is before the Court on the joint motion of the parties for extension of time to file report of parties' planning conference (Filing No. 8).  The Court finds said motion should be granted.  Accordingly,

　　　　IT IS ORDERED that said motion is granted; the parties shall have until June 15, 2007, to file their report of parties' planning conference.

　　　　DATED this 29th day of May, 2007.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　_____
　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　United States District Court