IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELAINE CHAO, Secretary of    )
Labor, United States         )
Department of Labor,         )
                             )
            Plaintiff,       )        4:07CV3050
                             )
       v.                    )
                             )
RICHARD A. KUCERA, d/b/a     )        ORDER
KUCERA PAINTING,             )
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on the joint motion of the parties for extension of time to file report of parties' planning conference (Filing No. 108). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that said motion is granted; the parties shall have until July 6, 2007, to file their report of parties' planning conference.

      DATED this 13th day of June, 2007.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court